USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: May 6, 2015

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- X
ARMANDO MESINAS, LUIS ORTEGA, and
RICARDO TRUJILLO, individually and on behalf
of others similarly situated,

                 Plaintiffs,              14-cv-9417 (KBF)

    -v-                        ORDER

IRIDIUM RESTAURANT CORP. (d/b/a BREAD),
450 HUDSON LLC (d/b/a BREAD), DARIO
MILANIN, LIA COMANDATORE MILANIN, and
LUIGI COMANDATORE,

                 Defendants.
------------------------------------------------------------------- X

KATHERINE B. FORREST, District Judge:

On May 6, 2015, plaintiffs informed the Court that the parties have reached a settlement in principle. In light of that representation, it is hereby ORDERED that:

1. The parties shall, not later than **June 5, 2015**, submit any materials in support of the fairness their settlement, including at least:

   a. An executed copy of the proposed settlement; and

   b. A breakdown of what portion of that settlement will go toward attorney's fees and the basis for those fees.

2. All other dates and deadlines are ADJORNED.

SO ORDERED:

Dated:    New York, New York
             May 6, 2015

                                              _____
                                              KATHERINE B. FORREST
                                              United States District Judge